EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re                   | 2011 TSPR 122    |
|                         |                  |
|                         | 182 DPR ____     |
| Roberto Torres Viera    |                  |

Número del Caso: TS-9143

Fecha: 12 de agosto de 2011

Abogado de la Parte Peticionaria:

>       Lcdo. Luis M. Martínez Rivera

Oficina de Inspección de Notarías:

>       Lcda. Lourdes I. Quintana Lloréns
>       Directora

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

TS-9143

In re: Roberto Torres Viera

Sala de Verano integrada por su Presidenta la Juez Asociada señora Rodríguez Rodríguez, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Feliberti Cintrón.

RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de agosto de 2011.

Vista la *Solicitud de Reinstalación* presentada por el peticionario y la *Moción Informativa sobre correcciones y aprobación de Obra Notarial incautada* presentada por al Lcda. Lourdes I. Quintana Lloréns, Directora de la Oficina de Inspección de Notarias, se autoriza la reinstalación del Lcdo. Roberto Torres Viera al ejercicio de la abogacía y notaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo